Paul **YONGO,** Plaintiff–Appellant,

v.

**NATIONWIDE INSURANCE COMPANY; Carol Martin; Rhonda Hogge, AIC; Nationwide Claims Department; Nationwide Loss Adjusters; Sharron Stephen–Henley; Arthur Walter; Nationwide Affinity Insurance Company of America; Nationwide Mutual Insurance Company; J. Cater Glass; Harold C. Rhudy, Defendants–Appellees,**

**and**

**Latonya Michele McNeil, Defendant.**

No. 08–1668.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 8, 2008.

Decided: Nov. 13, 2008.

Paul Yongo, Appellant Pro Se. George Lee Simpson, III, Law Office of George L. Simpson, III, Raleigh, North Carolina; Benjamin E. Thompson, III, Broughton, Wilkins, Smith, Suggs & Thompson, PLLC, Raleigh, North Carolina, for Appellees.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Yongo appeals the district court's orders accepting the magistrate judge's recommendation and dismissing his civil action for lack of subject matter jurisdiction, and denying his post-judgment motion to amend his complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Yongo v. Nationwide Ins. Co.,* No. 5:07–cv–00094–D (E.D.N.C. May 16, 2008; May 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*